**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:20-cr-047** |
| | ) | |
| **JAMES LAMOUNT GRAHAM, et al.** | ) | |

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through Acting United States Attorney for the Southern District of David H. Estes, respectfully requests an additional seven days to file its response to Defendants' pretrial motions (Doc. 95-98; Doc. 111-112; Doc. 117-125; Doc. 128-148; Doc. 165; Doc. 167; Doc. 169; Doc. 171; Doc. 174-185; Doc. 187-193; Doc. 196-207). The Government's responses are currently due on March 12, 2021. (Doc. 194 at 2.) In support of its request, the Government contends that the additional time is necessary for it to adequately address the large number of motions, several of which raise substantive arguments regarding suppression or dismissal. Accordingly, the Government requests until Friday, March 19, 2021 to submit its responses to Defendants' motions.

A proposed order follows for the Court's convenience.

Respectfully submitted this 11th day of March 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

By: _John P. Harper III_
John P. Harper III
Assistant United States Attorney
Georgia Bar No. 556403

Post Office Box 8970
Savannah, GA 31412
912-652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

This 11th day of March 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

By: _____
John P. Harper III
Assistant United States Attorney
Georgia Bar No. 556403

Post Office Box 8970
Savannah, GA 31412
912-652-4422